UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

Tyrone Bailey,

             Supervisee.

Docket No.  1:17CR00142-14 (RA)

ORDER

Honorable Ronnie Abrams, U.S. District Judge:

    IT IS HEREBY ORDERED:  For the reasons stated on the record during a violation of supervised release conference held on October 13, 2021, the Supervised Release Conditions are modified to include the following special condition:

    The supervisee will participate in and complete a residential substance use treatment program approved by the United States Probation Office, for a period of **six (6) months.**

    The program may include testing to determine whether the supervisee has reverted to using drugs or alcohol.  The supervisee shall continue to take any prescribed medications unless otherwise instructed by the health care/treatment provider.  The supervisee shall contribute to the cost of services rendered based on the supervisee's ability to pay and the availability of third-party payments. The Court authorizes the release of available substance use and mental health evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.

SO ORDERED.

Dated: October 20, 2021
       New York, New York

                                              Honorable Ronnie Abrams
                                              U.S. District Judge