UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v- <br><br> TYRONE BAILEY, <br>                          Defendant. | Docket No. 17 CR 142 (RA) <br><br> <u>ORDER</u> |

Honorable Ronnie Abrams, United States District Judge:

      IT IS HEREBY ORDERED THAT, on December 16, 2021, the United States Marshals Service shall release Tyrone Bailey, Register Number 79023-054, from the cell block on the fourth floor of the Daniel Patrick Moynihan United States Courthouse, to the United States Probation Officer.

IT IS FURTHER ORDERED that Essex County Jail will release Tyrone Bailey with a 30-day supply of his currently prescribed medication for psychiatric conditions.

SO ORDERED.

Dated:     December 14, 2021
              New York, New York

                                                              Honorable Ronnie Abrams
                                                              United States District Judge