```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TYRONE BAILEY,

                Defendant.

No. 17-CR-142 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record during today's proceeding, the defendant's conditions of supervised release are modified to include the following:

- You will participate in and complete outpatient substance abuse and mental health treatment programs approved by the United States Probation Office, for a period of six (6) months.

- The outpatient mental health treatment program must be approved by the United States Probation Office. You must continue to take any prescribed medications unless otherwise instructed by the health care provider. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider.

- The outpatient treatment program must also be approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

SO ORDERED.

Dated:   December 14, 2021
         New York, New York

         _____
         Ronnie Abrams
         United States District Judge