UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------x
                                           :
UNITED STATES OF AMERICA                   :
                                           :
        -against-                          :
                                           :
Tyrone Bailey                              :
                                           :
                                           :
                                           :
------------------------------------------x
```

**ORDER**

17 Cr. 142-14(RA)
Docket #

___Ronnie Abrams___, **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day, ___Samuel Gregory___ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC ___4/1/2022___.

**SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

April 1, 2022
**Dated:  New York, New York**